In the Matter of the BANK OF UNITED STATES in Liquidation.

MELVILLE BOYD, as Trustee in Bankruptcy of FRANZ MERZ, Appellant; JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, Respondent.

In the Matter of the BANK OF UNITED STATES in Liquidation.

ANN MOORE, as Committee of Estate of JOHN MOORE, an Incompetent Person, Appellant; JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, Respondent.

(Argued March 1, 1933; decided April 11, 1933.)

*David W. Kahn* and *Myron K. Wilson* for Melville Boyd, as trustee in bankruptcy of Franz Merz, appellant.

*Harold Korzenik* and *Emanuel A. Obstfeld* for Fidelity and Deposit Company of Maryland, *amicus curiæ.*

*Edward T. McCaffrey* and *George K. Shields* for Ann Moore, as committee of John Moore, an incompetent person, appellant.

*Leo C. Fennelly, Arthur Ofner, Warren C. Fielding* and *Carl J. Austrian* for respondent.

Orders affirmed, with costs, on the authority of *Matter of Egan* (258 N. Y. 334); no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.